UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SACR14-00023

| UNITED STATES OF AMERICA, | No. SA CR 14- |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [29 U.S.C. § 439(b): False Statement in Financial Report of Labor Union] |
| RYAN W. SHERARD, | |
| Defendant. | Class A Misdemeanor |

The United States Attorney charges:

[29 U.S.C. § 439(b)]

On or about March 29, 2010, in Orange County, within the Central District of California, and elsewhere, defendant RYAN W. SHERARD ("SHERARD"), while an officer of the International Brotherhood of Teamsters, Graphic Communications Conference, District Council No. 2 ("the union"), namely, the President, made and caused to be made a false statement and representation of material fact, knowing it to be false, in a report and document required to be filed by the union with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is,

the Department of Labor ("DOL") Form LM-2, "Labor Organization Annual Report," for calendar year 2009, in that defendant SHERARD entered "$0" for himself in Column G of Schedule 11 of the DOL Form LM-2 for the union, when, in truth and in fact, as defendant SHERARD well knew, that response was a false material statement because defendant SHERARD had received allowances and other disbursements of approximately $9,635 for calendar year 2009 that were not otherwise reported on the Form LM-2 for the union.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office